AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

___Eastern___   District of   ___California___

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) | |
| | | Case No.<br>1:19-mj-00032-SAB |
| ___Nicolas G. WEBER___<br>*Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 12th, 2019___ in the county of ___Tulare___ in the ___Eastern___ District of ___California___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 36 C.F.R. § 4.21(c) | Exceeding the Posted Speed Limit. |
| 36 C.F.R. § 2.35(b)(2) | Possession of a Controlled Substance, Marijuana < 1oz. |
| 36 C.F.R. § 2.4(c) | Carrying or Possessing a Loaded Weapon in a Motor Vehicle. |

PENALTY FOR EACH
OFFENSE LISTED:

(a)    Imprisonment - Maximum: Six (6) months
(b)    Fine - Maximum: Five Thousand Dollars ($5,000)
(c)    Both Fine and Imprisonment
(d)    Penalty Assessment – Mandatory: Ten Dollars ($10)

This criminal complaint is based on these facts:

(See attachment A)
☒  Continued on the attached sheet.

_____
*Complainant's signature*

Mitchell D. Shaffer, US Park Ranger

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   __**Feb 12, 2019**__

_____
*Judge's signature*

City and state:   ___Fresno, CA___

Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

*United States v. Nicolas G. WEBER*

**Count 1:        Exceeding the Posted Speed Limit. [36 C.F.R. § 4.21 (c)], a Class B Misdemeanor.**

I am providing this affidavit based upon my experience and training as a National Park Service Ranger in the State and Eastern District of California, my personal knowledge and observations, and information conveyed to me by others, including National Park Service Rangers.

I state that at approximately 13:15 hours on January 12th, 2019 I was parked on the General's Highway near Potwisha Falls when I observed a gray Toyota Corolla bearing a California registration travelling at a speed I estimated to be 35 miles per hour. My radar unit, which passed all accuracy and function checks at the beginning and end of my shift, confirmed the suspect vehicle was traveling at 35 miles per hour. The radar unit emitted a strong consistent sound indicating it was receiving a strong signal from the suspect vehicle. There were no other vehicles in front of or behind or traveling in the opposite direction of the suspect vehicle in the immediate area. The suspect vehicle was travelling in a posted 25 miles per hour zone. I was trained and certified in radar use during the Parks Law Enforcement Academy in Mount Vernon, WA.

I stopped the vehicle at the Elk Creek turnout. The driver was identified as Nicolas G. WEBER by his CA driver's license.

**Count 2:        Possession of a Controlled Substance. [36 C.F.R. § 2.35(b)(2)], a Class B Misdemeanor.**

The facts stated in support of Count 1 are fully incorporated herein.

While making my initial contact with WEBER, I noticed a distinct odor that I immediately recognized as marijuana. I asked WEBER if he had marijuana in the car, WEBER stated that he did. I asked where it was and he stated in his center console. When I advised WEBER that I was going to search his vehicle I asked him if he had anything else in the vehicle I should know about. The female passenger stated that she had marijuana in her purse as well.

During a probable cause search of the vehicle, law enforcement officer Chris Waldschmidt located 0.0670 ounces of suspected marijuana, a small bag with trace amounts of suspected marijuana, and various pipes used to smoke marijuana.

**Count 3:        Carrying or Possessing a Loaded Weapon in a Motor Vehicle. [36 C.F.R. § 2.4 (c)], a Class B Misdemeanor.**

The facts stated in support of Count 1 and Count 2 are fully incorporated herein.

During my initial contact with WEBER I asked him if there were any weapons in the vehicle and he stated "no". Due to the odor of marijuana being present, I informed WEBER I was going to search his vehicle and asked if there was anything else inside his vehicle I should know about. WEBER acknowledges he possessed a firearm in the vehicle, located under the passenger seat. After Officer Waldschmidt arrived we had both occupants exit the vehicle. I located a Glock 23 handgun, serial number BEDC925, from underneath the front passenger seat. The firearm was difficult to see even though I knew it was there. It was underneath the front passenger seat behind an elevated ridge, further concealing its presence. The firearm's magazine contained 10

unexpended cartridges and was inserted into the firearm's slide, there was no cartridge loaded into the firearm's cylinder. WEBER stated the firearm belonged to him. This was confirmed upon a search of the firearm in CLETS.

_____
*Complainant's signature*

_____
Mitchell D. Shaffer, US Park Ranger
*Printed name and title*

*Approved as to form*

/s/ Gary M. Leuis
GARY M. LEUIS
Special Assistant U.S. Attorney