| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | NICOLAS WEBER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00032-SAB |
| Plaintiff, | STIPULATION TO ADVANCE STATUS CONFERENCE; ORDER |
| vs. | |
| NICOLAS WEBER, | DATE: June 6, 2019 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Nicolas Weber, that the status conference currently scheduled for July 18, 2019, may be advanced to June 6, 2019, at 10:00 a.m. for a change-of-plea and sentencing hearing, as the parties have reached a plea agreement in this matter.

///

///

///

///

///

///

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: May 24, 2019

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 24, 2019

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
NICOLAS WEBER

## **O R D E R**

Based on a showing of good cause, the Court hereby orders that the status conference currently scheduled for July 18, 2019, is advanced to June 6, 2019, at 10:00 a.m. for a change-of-plea and sentencing hearing. Mr. Weber is ordered to appear.

IT IS SO ORDERED.

Dated: **May 24, 2019**

UNITED STATES MAGISTRATE JUDGE

Weber: Stipulation