# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>NICOLAS WEBER,<br><br>　　　　　　Defendant. | Case No. 1:19-mj-00032-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Carrying or Possessing a Loaded Weapon in a Motor Vehicle, Vessel or other Mode of Transportation, in violation of 36 C.F.R. § 2.4(c) |
| **Sentence Date:** | June 6, 2019 |
| **Review Hearing Date:** | April 16, 2020 |
| **Probation Expires On:** | June 5, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒　**Obey all federal, state and local laws**; and

☒　**Monetary Fines & Penalties in Total Amount of:** $510 which Total Amount is made up of a Fine: $ 500  Special Assessment: $10

☒　**Payment schedule:** of $50 per month by the 15th of each month.

## *COMPLIANCE:*

☒　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒　To date, Defendant has paid a total of $ 490.00

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

DATED: April 2, 2020  */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney

## DEFENDANT'S REQUEST:

In light of the information detailed in this status report, the defendant requests that the review hearing set for April 16, 2020, be vacated.

DATED: April 2, 2020  */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant

## ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that the review hearing set for April 16, 2020, be vacated.

☒ DENIED without prejudice as the defendant still owes outstanding financial obligations.

IT IS SO ORDERED.

Dated: **April 6, 2020**

_____
UNITED STATES MAGISTRATE JUDGE