# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

v.

NICOLAS WEBER,

               Defendant.

Case No. 1:19-mj-00032-SAB

**DEFENDANT'S AMENDED STATUS REPORT
ON UNSUPERVISED PROBATION**

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Carrying or Possessing a Loaded Weapon in a Motor Vehicle, Vessel or other Mode of Transportation, in violation of 36 C.F.R. § 2.4(c) |
| **Sentence Date:** | June 6, 2019 |
| **Review Hearing Date:** | April 16, 2020 |
| **Probation Expires On:** | June 5, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $510 which Total Amount is made up of a Fine: $ 500  Special Assessment: $10

☒ **Payment schedule:** of $50 per month by the 15th of each month.

## *COMPLIANCE:*

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ Defendant has paid the entire balance of his financial penalty.

**_GOVERNMENT POSITION:_**

☒     The Government agrees to the above-described compliance.


DATED: April 9, 2020            _/s/ Jeffrey Spivak_____
                                        JEFFREY SPIVAK
                                        Assistant United States Attorney


**_DEFENDANT'S REQUEST:_**

     In light of the information detailed in this status report, the defendant requests that the review

hearing set for April 16, 2020, be vacated.


DATED: April 9, 2020            _/s/ Matthew Lemke_____
                                        MATTHEW LEMKE
                                        Assistant Federal Defender
                                        Attorney for Defendant

## ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED.  The Court orders that the review hearing set for April 16, 2020, be
       vacated.

☐     DENIED.


IT IS SO ORDERED.

Dated:   **April 13, 2020**                         _____

                                                    UNITED STATES MAGISTRATE JUDGE